UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:20-CR-00026 NONE SKO |
| | ) | |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSHUA S. LEONARD, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. James Homola is appointed to represent the above defendant in this case effective February 20, 2020, substituting for panel attorney, Monica Bermudez. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **February 20, 2020**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE