McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JOSHUA S. LEONARD,<br><br>              Defendant. | CASE NO. 1:20-CR-00026<br><br>18 U.S.C. § 113(a)(4)- Assault by Striking, Beating, or Wounding |

S U P E R S E D ING I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 113(a)(4)- Assault by Striking, Beating, or Wounding]

     The United States Attorney Charges that:

JOSHUA S. LEONARD

Defendant herein, as follows:

     On or about January 2, 2020, in Yosemite National Park, within the State and Eastern District of California and within the special maritime and territorial jurisdiction of the United States, did assault F.W. by striking F.W.

All in violation of Title 18, United States Code, Section 113(a)(4).

INDICTMENT                                            1

Dated:  August 13, 2020

McGREGOR W. SCOTT
Acting United States Attorney

By  /s/ Michael G. Tierney
Michael G. Tierney
Assistant U.S. Attorney