McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
ROBIN TUBESING
JESSICA A. MASSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff, United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSHUA S. LEONARD,<br><br>          Defendant. | Case No.: 1:20-CR-00026-NONE-SKO<br><br>**STIPULATION REGARDING RESTITUTION AND PAYMENT; AND ORDER THEREON**<br><br>DATE:   January 8, 2021<br>TIME:   10:30 a.m.<br>COURT: Hon. Judge Dale A. Drozd |

Plaintiff United States of America ("United States") and Defendant Joshua S. Leonard ("Defendant"), through their authorized representatives, hereby stipulate to the restitution amount and payment thereof. This Stipulation is based on the following grounds:

1. On January 17, 2020, Defendant was indicted on one count of Domestic Violence Within the Special Maritime and Territorial Jurisdiction of the United States (18 U.S.C. §§ 2261(a)(1) and 113(a)(4)). ECF No. 5.

2. On August 13, 2020, a plea agreement was entered wherein Defendant pled guilty to Assault by Striking, Beating, or Wounding (18 U.S.C. § 113(a)(4)) based on superseding information. ECF No. 35.

3. Judgment was entered on October 13, 2020, ordering commitment to the custody of the Federal Bureau of Prisons for ten (10) months, followed by twelve (12) months of supervised release.

The Judgment also provides that Defendant shall pay an assessment of $25.00 and that restitution was to be determined. ECF No. 46.

4. A restitution hearing is scheduled for January 8, 2021. ECF No. 47.

The United States and Defendant agree that:

1. Defendant owes restitution in the amount of $467.50.

2. Defendant agrees to pay the assessment and restitution in full by no later than February 28, 2021. Defendant shall pay via check or money order payable to "Clerk of the Court" and mailed to Robert T. Matsui Federal Courthouse, 501 I Street, Room 4-200, Sacramento, California 95814, and include "Case Number 1:20-CR-00026-DAD-SKO" on the payment instrument.

3. The United States and Defendant ask that the stipulation be approved and that the restitution hearing, presently scheduled for January 8, 2021, be removed from calendar.

Respectfully submitted,

FOR THE UNITED STATES:    McGREGOR W. SCOTT
United States Attorney

Dated:  1/6/2021

By:    */s/ Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorneys

DEFENDANT JOSHUA S. LEONARD:

Dated:   1/6/2021    */s/ Joshua S. Leonard*
JOSHUA S. LEONARD
Defendant

APPROVED AS TO FORM AND CONTENT:

Dated:  1/6/2021    */s/ James R. Homola*
JAMES RAYMOND HOMOLA
Attorney for Defendant

**O R D E R**

The Court, having reviewed the court files and the Stipulation Regarding Restitution and Payment, and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant owes restitution in the amount of $467.50.

2. Defendant shall pay the assessment of $25.00 and restitution of $467.50 in full by no later than February 28, 2021. Defendant shall pay via check or money order payable to "Clerk of the Court" and mailed to Robert T. Matsui Federal Courthouse, 501 I Street, Room 4-200, Sacramento, California 95814, and include "Case Number 1:20-CR-00026-DAD-SKO" on the payment instrument.

3. The restitution hearing, presently scheduled for January 8, 2021, is removed from calendar.

4. The judgment in this action shall be amended to reflect that restitution amount ordered of $467.50.

IT IS SO ORDERED.

Dated:   **January 6, 2021**                        _____
                                                                        UNITED STATES DISTRICT JUDGE